VICTOR J. BONADEO v. BOARD OF TRUSTEES OF
CUMBERLAND COUNTY COLLEGE.

July 12, 1984.

Petition for certification denied.

ALLSTATE INSURANCE COMPANY v. STEVEN LAMANNA
AND WILLIAM MICHAEL DICKSON.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD ALLEN YOUNG.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN STAMM.

July 12, 1984.

Petition for certification denied.